UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 9:18-CV-80526-RLR

LYNNE KAUFMAN,

    Plaintiff,

v.

BANK OF AMERICA, N.A.,

    Defendant.

_____/

## ORDER CLOSING CASE

This cause is before the Court on Plaintiff's Stipulation of Dismissal at docket entry 24. In light of the fact that this case has been dismissed, it is

**ORDERED AND ADJUDGED**:

1.     The Clerk of the Court is instructed to **CLOSE THIS CASE**.

2.     All pending motions are **DENIED AS MOOT** and all deadlines are terminated.

**DONE and ORDERED** in Chambers, West Palm Beach, Florida, this 5th day of July, 2018.

                                                    ROBIN L. ROSENBERG
                                                  UNITED STATES DISTRICT JUDGE

Copies furnished to Counsel of Record